UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY AS SUBROGEE OF**
**ADEKUNMI ADETOYOSI**
**ADEROJU,**

 **PLAINTIFF,**

V.       **CIVIL ACTION NO:**

**UNITED STATES OF AMERICA,**

 **DEFENDANT.**

## COMPLAINT

Comes now the Plaintiff, State Farm Mutual Automobile Insurance Company as subrogee of Adekunmi Adetoyosi Aderoju, and moves for the judgment against the Defendant, the United States of America, on the grounds and in the amount set forth below:

1.

Plaintiff is a corporation registered to do business in the State of Georgia and maintains offices within the state.

2.

Plaintiff's claims against Defendant are made under the Federal Tort

Claims Act, 28 USC 1346(b), for damage to property as a result of the negligent operation of a motor vehicle by an employee of the United States Postal Service, said negligence having occurred on March 16, 2025, in Jeffersonville, Twiggs County in the State of Georgia.

3.

Plaintiff filed an administrative claim asserting its right as the subrogee of Adekunmi Adetoyosi Aderoju to recover damages against the United States under the Federal Tort Claims Act.  Plaintiff's administrative claim was delivered to the United States of America.  The claim has either been denied or has been left without action by the United States of America for a period greater than six (6) months.

4.

On or about March 16, 2025, Plaintiff's insured, Adekunmi Adetoyosi Aderoju, was operating a 2014 Mitsubishi Outlander when it became disabled and was parked in the emergency lane on the shoulder of the north bound direction on I-16 one mile west of Bullard Road in the City of Jeffersonville, Twiggs County of United States, State of Georgia.

5.

At the time and place described in paragraph 4 above, Tajun Ezell

Mincey operated a motor vehicle owned by the United States, traveling north bound on I-16 one mile west of Bullard Road in Jeffersonville, Georgia.

6.

At the time and place described in paragraph 4 above, Tajun Ezell Mincey failed to maintain the lane and sideswiped Plaintiff's insured, Adekunmi Adetoyosi Aderoju.

7.

At the time of the incident described in paragraphs 4 through 6 above, Tajun Ezell Mincey was an employee of the United States Postal Service and was operating the vehicle with the knowledge and consent of Defendant and in the course and scope of his employment.

8.

At the time and place set forth in paragraphs 4 through 6 above, Tajun Ezell Mincey owed a duty to Plaintiff's insured to use due care in the operation of the vehicle and was required to operate said vehicle in obedience to all local traffic ordinances, the Georgia Motor Vehicle Act and the common laws of the State of Georgia.

9.

Tajun Ezell Mincey breached the duties owed to Plaintiff's insured and

was negligent in his operation of the government vehicle. His/her negligence included:

A.    Failing to pay proper attention to his course of travel;

B.    Failing to maintain control of his vehicle;

10.

The March 16, 2025 collision was caused by the negligence of Tajun Ezell Mincey.

11.

That Plaintiff insured Adekunmi Adetoyosi Aderoju and made payments to Adekunmi Adetoyosi Aderoju for the property damage in the amount of $4,210.07 pursuant to Plaintiff's Automobile Insurance Policy (Claim 11-81W9-58T). Plaintiff State Farm Mutual Automobile Insurance Company is subrogated to the rights of Adekunmi Adetoyosi Aderoju.

12.

Defendant is liable to Plaintiff for the damages in the amount of $4,210.07 for the negligence of Tajun Ezell Mincey under the provisions of the Federal Tort Claims Act, 28 U.S.C. §1346(b).

WHEREFORE, Plaintiff respectfully demands judgment against the Defendant for the principal amount of $4,210.07 plus court costs and post-judgment interest at the legal rate.

BOUTWELL & ASSOCIATES, LLC
Attorney for Plaintiff:

/s/ Keshia Townsend
Candace M. Boutwell
State Bar No. 254154
candace@subrofirm.com
Keshia N. Townsend
State Bar No. 556068
k.townsend@subrofirm.com

1670 McKendree Church Road, Suite 100
Lawrenceville, GA  30043
Phone: (678) 985-0800
Fax: (678) 985-0903

2025016201